# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.,<br><br>Defendant. | Case No. 1:20-cv-00772-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14) |

A trial is set to begin in this matter on June 21, 2022. On April 19, 2022, the parties informed the Court that they have reached settlement. (ECF No. 14.) The filing indicates that a formal agreement is being circulated; that once the agreement is signed, the parties will request dismissal of this action; that the filing will include a request that the Court retain jurisdiction to enforce the settlement; and the parties anticipate the settlement payment will be made on or before June 1, 2022. (Id.)

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). While the parties indicate payment is anticipated before June 1, 2022, the parties indicate the notice of dismissal will be filed after the agreement is signed, and have made no request beyond the standard 21-day period in the body of the filing. Nonetheless, it appears the parties set a deadline of May 13, 2022, when electronically entering the filing, and the Court shall keep the

date as currently set on the docket.  (See ECF No. 14.)

Additionally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not generally retain jurisdiction to oversee that the parties fulfill the obligations of the settlement agreement.  If the parties choose to make a formal request that the Court retain jurisdiction, they shall make a showing establishing good cause as to why the Court should retain jurisdiction over the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before May 13, 2022.

IT IS SO ORDERED.

Dated:   **April 20, 2022**

UNITED STATES MAGISTRATE JUDGE