# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' HEALTH AND WELFARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> POWER DESIGN ELECTRIC, INC., <br><br> Defendant. | Case No. 1:20-cv-00772-SAB <br><br> ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED <br><br> (ECF No. 16) |

On April 19, 2022, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 14.) The Court vacated all pending matters and dates and ordered the parties to file dispositional documents no later than May 13, 2022. (ECF No. 15.)

On May 12, 2022, the parties filed a stipulated request for an extension of time to file dispositional documents. (ECF No. 16.) It appears the most significant reason to the parties for the extension is that they wish the Court to retain jurisdiction over the matter until after Defendant has paid in full the monies under the settlement agreement. However, the parties additionally proffer that Plaintiff's counsel is still awaiting return of the signature pages to confirm the agreement is fully executed and also seeks an extension on that basis. Though thin,

1  the Court finds sufficient cause exists to grant the requested extension, up to May 27, 2022, to file
2  dispositional documents.  However, the parties are advised that no further extensions of time shall
3  be granted absent a strong showing of good cause.  Furthermore, the parties are remined that,
4  once the terms of a settlement agreement are finalized and the settlement agreement is signed by
5  the parties, the Court generally does not retain jurisdiction to oversee that the parties comply with
6  the terms of the settlement.
7      Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional
8  documents **no later than May 27, 2022**.  Failure to comply with the Court's order may result in
9  the imposition of sanctions, including monetary sanctions against all parties and their attorneys of
10 record and dismissal of this action.

11
12 IT IS SO ORDERED.
13 Dated:   **May 13, 2022**
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE